# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | LA CR22-00267-MEMF |
| Date | March 17, 2025 |
| Present: The Honorable | Maame Ewusi-Mensah Frimpong |
| Interpreter | N/A |

| Dominique Carr | CourtSmart | Benedetto L. Balding / Alexander Baier Schwab |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Del Entertainment, Inc. | X | ☐ | ☐ | 1) Shawn Holley | X | ☐ | X |
| 2) Jose Angel Del Villar (BOND) | X | ☐ | X | 1) Kate Mangels | X | ☐ | X |
| | | | | 2) Drew Findling | X | ☐ | X |
| | | | | 2) Marissa Goldberg | X | ☐ | X |
| | | | | 2) Zachary James Kelehear | X | ☐ | X |

___ Day COURT TRIAL     1 Day JURY TRIAL     ___ Death Penalty Phase

___ One day trial;  X Begun (1st day);  X Held & continued;  ___ Completed by jury verdict/submitted to court.

X The Jury is impaneled and sworn.

___ Opening statements made by _____

___ Witnesses called, sworn and testified.

___ Exhibits identified     ___ Exhibits admitted

___ Government rests.     ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made     ___ Court instructs jury     ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused     ___ Jury retires to deliberate     ___ Jury resumes deliberations

___ Finding by Court as follows:

| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |

___ Jury polled     ___ Polling waived

___ Filed Witness & Exhibit lists     ___ Filed Jury notes     ___ Filed Jury Instructions     ___ Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

___ Dft # ___ remanded to custody.     ___ Remand/Release# _____ issd.     ___ Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X Case continued to March, 18, 2025, at 8:15 a.m. for further trial/further jury deliberation.

___ Other:

4 : 21

Initials of Deputy Clerk DC

USM___ USPPO___