```
JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
BENEDETTO L. BALDING (Cal. Bar No. 244508)
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
Assistant United States Attorneys
Corporate and Securities Fraud Strike Force
     1400/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2274/1259
     Facsimile: (213) 894-0141
     E-mail:    benedetto.balding@usdoj.gov
                alexander.schwab@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEL ENTERTAINMENT, INC., et al.,<br>(1) DEL ENTERTAINMENT, INC.,<br>(2) JOSE ANGEL DEL VILLAR,<br><br>    Defendants. | No. CR 22-267-MEMF-1, 2<br><br>STIPULATION REGARDING JESUS PEREZ ALVEAR<br><br>Trial Date: March 17, 2025<br>Trial Time: 8:30 a.m.<br>Location: Courtroom of the Hon. Maame Ewusi-Mensah Frimpong |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Benedetto L. Balding and Alexander B. Schwab; defendant Del Entertainment, Inc., by and through its counsel of record Shawn Holley and Kate Mangels; and defendant Jose Angel Del Villar, both individually and by and through his counsel of record Drew Findling, Marissa Goldberg, and Zack Kelehear hereby agree and stipulate as follows:

1     The parties stipulate and agree that Jesus Perez Alvear, also
2  known as "Chucho," is deceased.  Mr. Perez Alvear was alive
3  during the time period contained within the Indictment.
4  //
5  //

1  This Stipulation is admissible into evidence for all purposes.

3  IT IS SO STIPULATED.

4  Dated: March 21, 2025          Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

_____
BENEDETTO L. BALDING
ALEXANDER B. SCHWAB
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

_____
SHAWN HOLLEY
KATE MANGELS
Counsel for Defendant
DEL ENTERTAINMENT, INC.

_____
JOSE ANGEL DEL VILLAR

_____
DREW FINDLING
MARISSA GOLDBERG
ZACK KELEHEAR
Counsel for Defendant
JOSE ANGEL DEL VILLAR