# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | LA CR22-00267-MEMF |
| Date | March 20, 2025 |
| Present: The Honorable | Maame Ewusi-Mensah Frimpong |
| Interpreter | N/A |

| Maria Lindaya | CourtSmart | Benedetto L. Balding / Alexander Baier Schwab |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Del Entertainment, Inc. | X | | | 1) Shawn Holley | X | | X |
| 2) Jose Angel Del Villar (BOND) | X | | X | 1) Kate Mangels | X | | X |
| | | | | 2) Drew Findling | X | | X |
| | | | | 2) Marissa Goldberg | X | | X |
| | | | | 2) Zachary James Kelehear | X | | X |

___ Day COURT TRIAL          4 Day JURY TRIAL          ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   X Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

X Witnesses called, sworn and testified.

X Exhibits identified          X Exhibits admitted

___ Government rests.          ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made     ___ Court instructs jury     ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused     ___ Jury retires to deliberate     ___ Jury resumes deliberations

___ Finding by Court as follows:

| Dft # | ___ found guilty on counts | ___ found not guilty on counts |
|---|---|---|
| Dft # | ___ found guilty on counts | ___ found not guilty on counts |
| Dft # | ___ found guilty on counts | ___ found not guilty on counts |
| Dft # | ___ found guilty on counts | ___ found not guilty on counts |
| Dft # | ___ found guilty on counts | ___ found not guilty on counts |

___ Jury polled          ___ Polling waived

___ Filed Witness & Exhibit lists     ___ Filed Jury notes     ___ Filed Jury Instructions     ___ Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

___ Dft # ___ remanded to custody.   ___ Remand/Release# ___ issd.   ___ Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X Case continued to March 21, 2025, at 8:15 a.m. for further trial/further jury deliberation.

___ Other:

                                                                          4 : 48
                                                                Initials of Deputy Clerk  mal

___ USM   ___ USPPO