UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | LA CR22-00267-MEMF |
| Date | March 21, 2025 |
| Present: The Honorable | Maame Ewusi-Mensah Frimpong |
| Interpreter | N/A |

| Maria Lindaya | CourtSmart | Benedetto L. Balding / Alexander Baier Schwab |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Del Entertainment, Inc. | ☒ | ☐ | ☐ | 1) Shawn Holley | ☒ | ☐ | ☒ |
| 2) Jose Angel Del Villar (BOND) | ☒ | ☐ | ☒ | 1) Kate Mangels | ☒ | ☐ | ☒ |
| | | | | 2) Drew Findling | ☒ | ☐ | ☒ |
| | | | | 2) Marissa Goldberg | ☒ | ☐ | ☒ |
| | | | | 2) Zachary James Kelehear | ☒ | ☐ | ☒ |

____ Day COURT TRIAL     5 Day JURY TRIAL     ____ Death Penalty Phase

____ One day trial;   ____ Begun (1st day);   ☒ Held & continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

☒ Witnesses called, sworn and testified.

☒ Exhibits identified     ☒ Exhibits admitted

____ Government rests.     ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made     ____ Court instructs jury     ____ Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused     ____ Jury retires to deliberate     ____ Jury resumes deliberations

____ Finding by Court as follows:

| Dft # | found guilty on counts | found not guilty on counts |
|---|---|---|
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |

____ Jury polled     ____ Polling waived

____ Filed Witness & Exhibit lists     ____ Filed Jury notes     ____ Filed Jury Instructions     ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.   ____ Remand/Release# _____ issd.   ____ Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

☒ Case continued to March 24, 2025, at 8:15 a.m. for further trial/further jury deliberation.

____ Other:

5 : 48
Initials of Deputy Clerk  mal

USM ____ USPPO

CR-78 (04/23)     CRIMINAL MINUTES - TRIAL     Page 1 of 1