# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY — DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | John D. Cline |
| 2a. Contact Phone Number | 415-302-2401 |
| 3a. Contact E-mail Address | cline@johndclinelaw.com |
| 1b. Attorney Name (if different) | John D. Cline |
| 2b. Attorney Phone Number | 415-302-2401 |
| 3b. Attorney E-mail Address | cline@johndclinelaw.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Law Office of John D. Cline
600 Stewart Street, Suite 400
Seattle, WA 98101

**5. Name & Role of Party Represented:** Jose Angel Del Villar--Defendant

**6. Case Name:** United States v. Jose Angel Del Villar

**7a. District Court Case Number:** 22-cr-00267-MEMF

**7b. Appeals Court Case Number:** 25-5375

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
[X] DIGITALLY RECORDED     [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: ___

**9. THIS TRANSCRIPT ORDER IS FOR:** [X] Appeal  [ ] Non-Appeal     [X] Criminal  [ ] Civil     [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| Hearing Date | Minute Order Docket# (if available) | Judge (name) | Proceeding Type / Portion | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/15/2025 | 603 | Frimpong | Sentencing--partially sealed | ● | ○ | ○ | ○ | ● | ○ | ○ | 14-Day |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

The Court has authorized transcription of this proceeding. See ECF 632.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 11/3/2025     Signature: /s/ John D. Cline

G-120 (06/18)